UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **MARCELLUS PROTHRO,** | ) | Case No. CV 15-2898-JFW(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **W.L. MONTGOMERY, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 17, 2016

_____
John F. Walter
United States District Judge